**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com

TEL. (212) 227-8899                                                                                   FAX (212) 964-2926

May 4, 2022

Hon. Lorna G. Schofield
United States District Court
40 Foley Square
New York, N.Y. 10007
via ECF

Re: *United States v. Shawn Reid*
22 Cr. 221 (LGS)

Your Honor

   I write to request that the Court relieve me of representing Shawn Reid and appoint new counsel for him pursuant to the Criminal Justice Act. Mr. Reid has indicated that he does not trust my judgment or believe that I am acting in his best interest.

   As Mr. Reid should have counsel that he trusts, I request that new counsel be appointed for him.

> Respectfully,
> *Lisa Scolari*
> Lisa Scolari

> The parties shall appear for an attorney appointment hearing on **May 17, 2022, at 11:00 a.m**. in Courtroom 110 of the Thurgood Marshall Courthouse. The Clerk of the Court is directed to terminate the letter motion at docket number 11.
>
> Dated: May 5, 2022
> New York, New York

cc: Shawn Reid, MDC Brooklyn

> **Lorna G. Schofield**
> **United States District Judge**