UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                                       22 Cr. 221 (LGS)
               -against-

                                       <u>SCHEDULING ORDER</u>
    SHAWN REID,
                          Defendant,
-------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS a status conference was scheduled for September 19, 2022.

      WHEREAS the Bureau of Prisons was unable to produce Defendant for this conference. It is hereby,

      **ORDERED** that the status conference currently scheduled for September 19, 2022, is adjourned to **October 31, 2022, at 10:30 a.m**.  It is further,

      **ORDERED** that the parties shall file by **January 9, 2023,** any motions in *limine*, and by **January 17, 2023,** any responses to the motions.  It is further,

      **ORDERED** that the parties shall file by **January 23, 2023**, a joint statement as provided in the Court's Individual Rule H.1., a joint proposed voir dire, joint proposed requests to charge, and a joint proposed verdict sheet, in each case noting any disagreements between the parties.  It is further,

      **ORDERED** that the parties shall appear for a final pretrial conference on **January 30, 2023, at 11:00 a.m.** in Courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  It is further,

      **ORDERED** that at the final pretrial conference, the Government shall provide the Court and the Defendant with a list of anticipated witnesses and exhibits, and the Defendant shall

provide the Court and the Government with a list of potential witnesses for purposes of voir dire. In addition, the parties shall be prepared to discuss with the Court the number of trial days needed. It is further,

**ORDERED** that a jury trial is scheduled to begin on **February 6, 2023, at 9:45 a.m.** or the Court's first available date thereafter, subject to the availability of courtrooms during the COVID-19 pandemic. The parties shall be ready to proceed on 24 hours' notice on or after February 6, 2023.

The parties are reminded that any discussions regarding the possible disposition of this matter will not stay this schedule. No extensions will be granted absent extraordinary circumstances.

Dated: September 19, 2022
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**