

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 22, 2022

**BY ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:    **United States v. Shawn Reid**, 22 Cr. 221 (LGS)

Dear Judge Schofield:

      The Government respectfully submits this letter to request the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, until February 6, 2023, which is the date set for trial in the Court's September 19, 2022 Order.  (Doc. No. 22.)  The purpose of the exclusion is to permit the parties to prepare for trial on the schedule set by the Court and to continue discussions regarding a disposition, if one is possible.  The defense consents.

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                      United States Attorney for the
                                      Southern District of New York

                        by:    /s/ Jun Xiang
                               Jun Xiang
                               Assistant United States Attorney
                               (212) 637-2289

**CC (By ECF)**
Michael Sporn, Esq.

Application Granted.  The Court finds that the ends of justice served by excluding the time between today and February 6, 2023, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A) because the parties are presently preparing for trial.  It is hereby ORDERED that the time between today and February 6, 2023, is excluded.  The Clerk of the Court is directed to terminate the letter motion at docket number 23.

Dated: September 27, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE