UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

                      -against-

    SHAWN REID,
                                  Defendant,
------------------------------------------------------------- X

22 Cr. 221 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that conference currently scheduled for October 28, 2022, is cancelled.

Dated: October 28, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE