UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                                                            :    22 Cr. 221 (LGS)
             -against-                                      :
                                                            :    SCHEDULING ORDER
SHAWN REID,                                                 :
                                              Defendant,    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that Defendant Shawn Reid.'s sentencing hearing shall be held on **May 2, 2023**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's pre-sentencing submission, if any, shall be filed on or before **April 10, 2023**.  The Government's pre-sentencing submission, if any, shall be filed by **April 13, 2023.**

Dated: January 13, 2023
       New York, New York

                                        LORNA G. SCHOFIELD
                                        **UNITED STATES DISTRICT JUDGE**