UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>　　　　v.<br><br>Shawn Reid,<br><br>　　　　　　　*Defendant.* | ~~[PROPOSED]~~<br>**ORDER**<br><br>22 Cr. 221 (LGS) |

　　　　WHEREAS, with the defendant's consent, his guilty plea allocution to Count Two of the Indictment was made before a United States Magistrate Judge on January 13, 2023;

　　　　WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

　　　　WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea to the Indictment knowingly and voluntarily and that there was a factual basis for the guilty plea;

　　　　IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

　　　　The Clerk of the Court is directed to terminate the letter motion at docket number 29.

**SO ORDERED:**

Dated: New York, New York
　　　　January 30 2023

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　LORNA G. SCHOFIELD
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE