UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                                     22 Cr. 221 (LGS)

                -against-

                                     ORDER

    SHAWN REID,

                            Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that sentencing currently scheduled for May 2, 2023, at 11:00 a.m., is adjourned to **May 2, 2023, at 4:30 p.m.**

Dated: April 28, 2023
       New York, New York

                                                              LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE