```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
    UNITED STATES OF AMERICA,                               :
                                                            :
                                                            :      22 Cr. 221 (LGS)
                      -against-                             :
                                                            :            ORDER
    SHAWN REID,                                             :
                                        Defendant.          :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the sentencing currently scheduled for May 2, 2023, is adjourned to **May 9, 2023, at 10:30 a.m.** due to a conflict in the Court's calendar.

Dated: May 1, 2023
       New York, New York

*[Signature]*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE