UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                            -against-

   SHAWN REID,
                                      Defendant.
------------------------------------------------------------ X

22 Cr. 221 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that sentencing currently scheduled for May 9, 2023, is adjourned to **May 22, 2023, at 11:00 a.m.**

Dated: May 4, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**