UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                    -against-                   22 Cr. 221 (LGS)

    SHAWN REID,                           ORDER

                                Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that sentencing currently scheduled for May 22, 2023, at 11:00 a.m., is adjourned to **May 22, 2023, at 11:30 a.m.**

Dated: May 19, 2023
       New York, New York

                                                  **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**