UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
   UNITED STATES OF AMERICA                                   :
                                                              :
                                                              :           22 Cr. 221 (LGS)
                          -against-                           :
                                                              :               ORDER
   SHAWN REID,                                                :
                                        Defendant.            :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the Probation Department filed an Amended Violation of Supervised Release

Report and Petition dated November 5, 2025, alleging 23 instances when Defendant Shawn Reid

violated the conditions of his supervised release.    It is hereby

        **ORDERED** that the parties shall confer and file a joint status letter on **December 22,**

**2025,** informing the Court of the status of Defendant's compliance with the terms of his

supervised release and their respective positions with respect to the pending specifications

including whether a disposition has been reached or if an evidentiary hearing is needed.


Dated: December 18, 2025
        New York, New York

                                        _____
                                            LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE