UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

SHAWN REID,

Defendant.

----------------------------------------------------------X

22 Cr. 221 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a status conference was held on August 18, 2026. It is hereby

**ORDERED** that an evidentiary hearing on the pending specifications shall be held on **September 28, 2026, at 10:30 a.m.** It is further

**ORDERED** that by **September 21, 2026**, the parties shall file a joint status letter identifying (i) which specifications the Government intends to pursue at a hearing accompanied by a list of its expected witnesses with the estimated length of their direct testimony, and (ii) whether Defendant intends to put on a case and if so, the expected duration of all direct testimony.

Dated: August 21, 2026
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**