UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

SHAWN REID,

Defendant.

------------------------------------------------------------X

22 Cr. 221 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Shawn Reid's sentencing hearing will be held on **February 2, 2027**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Defendant's sentencing submission, if any, shall be filed on or before **January 11, 2027**. The Government's pre-sentencing submission, if any, shall be filed by **January 14, 2027.**

Dated: November 2, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE